JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

NATHAN GRIFFIN, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,

Plaintiff,

v.

STELLANT SYSTEMS, INC., a Delaware corporation; STEPHEN SHPOCK, individually; and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:25-cv-06760-SPG-SK

**ORDER GRANTING JOINT STIPULATION TO REMAND THE ACTION TO STATE COURT [ECF NO. 40]**

Before the Court is the Parties' Joint Stipulation to Remand the Action to State Court. (ECF No. 40.) Having considered the Joint Stipulation, and for good cause appearing, the Court GRANTS the Stipulation and ORDERS as follows:

//

1. The Parties' Joint Stipulation is approved.

2. This case shall be remanded to the Superior Court of the State of California for the County of Los Angeles, Case No. 25STCV14939. This case is closed.

**IT IS SO ORDERED.**

DATED: November 6, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE